FILED'07 DEC 19 16:03 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

STEVEN CARLOS REYNOLDS,　　　　　　　　　　　　　　　CV. 06-1570-KI

　　　　　Plaintiff,　　　　　　　　　　　　　　　　　　　　ORDER

　v.

WASHINGTON COUNTY, et al.,

　　　　　Defendants.

KING, Judge

　　Plaintiff's motion to voluntarily dismiss (#19) is GRANTED. This proceeding is DISMISSED, without prejudice.

　　IT IS SO ORDERED.

　　DATED this 19 day of December, 2007.

　　　　　　　　　　　　　　　　　　　　／s／ Garr M. King
　　　　　　　　　　　　　　　　　　　　Garr M. King
　　　　　　　　　　　　　　　　　　　　United States District Judge

1 -- ORDER